IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL SMEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:09-cv-1061-MEF |
| | ) | |
| OFFICER TRIPP, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| DARRELL SMEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:10-cv-0301-MEF |
| | ) | |
| CITY OF OZARK, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| DARRELL SMEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:10-cv-0510-MEF |
| | ) | |
| CITY OF OZARK, | ) | (WO- DO NOT PUBLISH) |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM OPINION AND O R D E R**

This cause is before the Court on Defendant Officer Tripp's Motion to Dismiss (Doc. # 17), Defendant City of Ozark's Motion to Dismiss (Doc. #26), the August 18, 2010 Report and Recommendation addressing those Motions (Doc. # 41), and Defendant

Officer Tripp's Objection to the Report and Recommendation. (Doc. # 43). In accordance with FED. R. CIV. P. 72, this Court has reviewed Officer Tripp's objection, the Magistrate Judge's Order and Recommendation, and the Defendants' original motion.

Because the parties submitted evidence in support of their respective motions and responses, the Magistrate Judge converted the Rule 12(b)(6) motions into Motions for Summary Judgement as required by FED. R. CIV. P. 12(d). The Court realizes that Mr. Smedley was given an opportunity to present evidence in response to the Defendants' Motions. (See Doc. # 35) However, in an abundance of caution, the Court is allowing Smedley more time to submit evidence in response to the Defendants' Motions to Dismiss. As the nonmoving party, Smedley must "go beyond the pleadings and by [his] own affidavits, or by the 'depositions, answers to interrogatories, and admissions on file,' designate 'specific facts showing that there is a genuine issue for trial.'" *Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986).

It is hereby ORDERED that the Report and Recommendation of the Magistrate be REJECTED. It is further ORDERED that Smedley supplement his response to the Defendants' Motions with the requisite affidavits and supporting evidence on or before October 29, 2010. This case is hereby REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 29th day of September, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE