IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL SMEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:09-cv-1061-MEF |
| | ) | |
| OFFICER TRIPP, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DARRELL SMEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:10-cv-0301-MEF |
| | ) | |
| CITY OF OZARK, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DARRELL SMEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:10-cv-0510-MEF |
| | ) | |
| CITY OF OZARK, | ) | (WO- DO NOT PUBLISH) |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is hereby ORDERED that:

(1) Judgment be and is hereby entered in favor of the Defendants Officer

    Tripp and the City of Ozark and against the Plaintiff Darrell Smedley.

(2) Costs are TAXED against Plaintiff Darrell Smedley, for which execution may issue.

(3) The Clerk is DIRECTED to close cases 1:09-cv-1061-MEF; 1:10-cv-301-MEF; and 1:10-cv-510-MEF.

(4) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 19th day of January, 2011.

            /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE